**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Sapphire Technologies, Inc.,**
**a Minnesota corporation,**

**Plaintiff,**

**vs.**

**Sapphire Technologies North America, Inc,**
**a foreign corporation,**

**Defendant**

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER OR RESPONSIVE PLEADING AND ORDER**

02-110JRT/FLN

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that Defendant be permitted an extension up to and including Monday, February 4, 2002, to file an answer or otherwise respond in the above-entitled action.

Dated: 1/16/02

**HUNEGS, STONE, LENEAVE, KVAS & THORNTON, P.A.**

By: [signature]

Randal W. LeNeave (#181122)
Richard L. Carlson (#210043)
1650 International Centre
900 Second Avenue South
Minneapolis, MN 55402
612/339-4511
Attorneys for Plaintiff

Dated: 1/16/02

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

By: [signature]

Lorenz F. Fett, Jr. (#196769)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111
Attorneys for Defendant

JAN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

321063v1

**CO-COUNSEL:**

**HOLLAND & KNIGHT LLP**
Thomas W. Brooke, Esq.
2009 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006-6801
(202) 955-3000

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendant is granted an extension up to and including Monday, February 4, 2002, to file an answer or otherwise repond in the above entitled action.

BY THE COURT:

Dated: 1/18/02

United States District Court Judge