**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Sapphire Technologies, Inc., a Minnesota corporation,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **Sapphire Technologies North America, Inc, a foreign corporation,** <br><br> **Defendant** | **AMENDED STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER OR RESPONSIVE PLEADING AND ORDER** <br><br> **Court File No. 02-110JRT-SLN** <br> **Judge John R. Tunheim and** <br> **Magistrate Judge Franklin L. Noel** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that Defendant be permitted an extension up to and including Monday, February 18, 2002, to file an answer or otherwise respond in the above-entitled action so that the parties may further discuss the possibility of settlement negotiations.

Dated: 1/30/02

**HUNEGS, STONE, LENEAVE, KVAS & THORNTON, P.A.**

By: [signature]

Randal W. LeNeave (#181122)
Richard L. Carlson (#210043)
1650 International Centre
900 Second Avenue South
Minneapolis, MN 55402
612/339-4511
Attorneys for Plaintiff

FEB 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 1/29/02

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

By: ______________________

Lorenz F. Fett, Jr. (#196769)
Anh T. Le (#0311923)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111

Attorneys for Defendant

**CO-COUNSEL:**

**HOLLAND & KNIGHT LLP**

Thomas W. Brooke, Esq.
2009 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006-6801
(202) 955-3000

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendant is granted an extension up to and including Monday, February 18, 2002, to file an answer or otherwise respond in the above entitled action so that the parties may engage in settlement negotiations.

BY THE COURT:

Dated: 2/4/02

United States District Court Judge