(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-110 JRT/FLN    Case Title: SAPPHIRE TECHNOLOGIES, INC. VS. NBSG IV, INC. FORMERLY SAPPHIRE TECHNOLOGIES NORTH AMERICA, INC.

### Affidavit of Movant

I, ANH T. LE ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac THOMAS W. BROOKE , an attorney admitted to practice in the EASTERN District of VIRGINIA** ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant NBSG IV in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature    0311923 MN Attorney License #    FEBRUARY 21, 2002 Date

### Affidavit of Proposed Admittee

I, THOMAS W. BROOKE , am currently a member in good standing of the U.S. District Court for EASTERN District of VIRGINIA ** , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

THOMAS W. BROOKE Type/Print Name    [signature] Signature    Feb. 25, 2002 Date

Attorney License Number: VSB # 32388
Law Firm Name & Address: HOLLAND & KNIGHT LLP
2099 PENNSYLVANIA AVENUE NW, SUITE 100
WASHINGTON, D.C. 20006 -6081
Telephone: (202) 955-3000

Motion Granted: [signature]    MAR 07 2002
For the Court: Richard D. Sletten, Clerk    Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

** Mr. Brooke is also admitted to practice in the U.S. District Court, District of Columbia.

MAR 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK