IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sapphire Technologies, Inc.,
a Minnesota corporation,

Court File No. 02-110 JRT-FLN

Plaintiff/Defendant
to Counterclaims,

**ORDER**

vs.

NBSG IV, Inc., formerly, Sapphire
Technologies North America, Inc.,
a foreign corporation,

Defendant/
Counterclaimant.

---

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and upon the Stipulation to Amend Plaintiff's Complaint in the above-entitled matter, and upon all the files, records and proceedings herein:

**IT IS HEREBY ORDERED THAT:**

Plaintiff may amend his Complaint herein, and may serve said Amended Complaint on Defendant by mailing and/or delivering a copy thereof to Defendant's counsel herein.

BY THE COURT:

Dated: May 22, 2002

Magistrate Judge of District Court

FILED MAY 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

116336-1