UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sapphire Technologies, Inc.,
a Minnesota corporation,

Plaintiff,

vs.

Sapphire Technologies North America, Inc,
a foreign corporation,

Defendant.

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

Court File No. 02-110JRT-SLN
Judge John R. Tunheim

The Parties, through their attorneys of record, mutually agree that all claims in this action against Defendant should be dismissed, with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: 10/16/02

**HUNEGS, STONE, LENEAVE, KVAS & THORTON, P.A.**

By: [signature]
Randal W. LeNeave (#181122)
Richard L. Carlson (#210043)
1650 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 339-4511

Attorneys for Plaintiff
Sapphire Technologies, Inc.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 10-24-2002
DEPUTY CLERK

Dated: 10-16-02

**PARSINEN KAPLAN ROSENBERG & GOTLIEB, P.A.**

By: [signature]

Linda L. Holstein (#150836)
Kevin R. Coan (#29357X)
Anh T. Le (#0311923)
100 South Fifth Street, Suite 1100
Minneapolis, Minnesota 55402
(612) 333-2111

Attorneys for Defendant
NBSG IV, Inc. d/b/a Sapphire Technologies of North America

**ORDER**

In consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

**BY THE COURT:**

Dated: October 24, 2002

Judge of Federal District Court

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

WAS1 #1111972 v1